IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| JOEY SAWYERS, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | 1:20-CV-719 |
| SURRY COUNTY JAIL, et al., | ) ) | |
| Defendants. | ) | |

## ORDER

The Recommendation of the United States Magistrate Judge was filed in accordance with 28 U.S.C. § 636(b) and the Clerk served the Recommendation on the plaintiff. No objections were filed. After consideration of the record, the Court hereby adopts the Magistrate Judge's Recommendation.

It is **ORDERED AND ADJUDGED** that this action is filed and dismissed *sua sponte* without prejudice to plaintiff filing a new complaint, on the proper § 1983 forms, which corrects the defects cited in the Magistrate Judge's Recommendation.

This the 16th day of October, 2020.

_____
UNITED STATES DISTRICT JUDGE